## WALKER v. STATE.
### No. 22476.

Court of Criminal Appeals of Texas.
April 14, 1943.

J. F. Whisenant and J. A. Johnson, both of Stephenville, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of chickens, punishment assessed at 60 days in the county jail.

No statement of facts or bills of exception are brought forward. In this condition nothing is presented for review.

The judgment is affirmed.